UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BRANDON THOMAS** | **CASE NO. 2:20-CV-00191** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WESTLAKE CHEMICAL CORP** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

Upon consideration of the Report and Recommendation [doc. 32] of the Magistrate Judge, and noting the lack of objections by either party, the court finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 32] be **ADOPTED**, that the Motion to Amend [doc. 29] be **DENIED**. Accordingly, as described in the court's preceding rulings, Thomas has failed to state a claim for relief against Westlake Chemical Corporation and all claims raised against that party are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 21st day of September, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE